UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEVIN YAN LUIS, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>   -against-<br><br>WOODEY SHOP, LLC,<br><br>        Defendant. | 1:22-cv-04049 (JLR) (OTW)<br><br>**<u>ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

  On September 19, 2022, the Court ordered the parties to file a joint letter within two weeks. ECF No. 20. The deadline for that filing has now passed and the parties have not filed a joint letter. Magistrate Judge Wang also ordered the parties to file a joint status letter by September 13, 2022. ECF No. 19. The parties also failed to file that joint status letter. IT IS HEREBY ORDERED that the parties shall, promptly and **no later than October 17, 2022**, file a joint letter addressing all information requested by the Court's September 19, 2022 Order. The Court will not tolerate further late or improper submissions.

Dated: October 12, 2022
   New York, New York

                SO ORDERED.

                *Jennifer Rochon*
                JENNIFER L. ROCHON
                United States District Judge