UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEVIN YAN LUIS, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br> -against-<br><br>WOODEY SHOP, LLC,<br><br>        Defendant. | 1:22-cv-04049 (JLR) (OTW)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  The Court has reviewed Plaintiff's response to the Order to Show Cause, dated October 27, 2022, and the parties' joint status letter, also dated October 27, 2022. ECF Nos. 23, 23-1. The Court expects compliance with Court orders and expects this case to proceed expeditiously. In their joint letter, the parties request a referral to the Court-Annexed Mediation Program and Defendant states that, with the Court's permission, it would like to file a motion to dismiss. ECF No. 23-1. The Court notes that Defendant has not filed any timely answer or motion to dismiss. As this case was referred for General Pretrial Purposes to Magistrate Judge Wang (ECF No. 6), the parties shall promptly address any pretrial requests to Magistrate Judge Wang.

Dated: October 28, 2022
   New York, New York

                SO ORDERED.

                *Jennifer Rochon*
                JENNIFER L. ROCHON
                United States District Judge