UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
KEVIN YAN LUIS,

            Plaintiff,

            -against-

WOODEY SHOP, LLC,

            Defendants.
------------------------------------------------------------x

22-CV-4049 (JLR) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge:**

In the Court's January 17, 2023, Order referring the parties to mediation (ECF 27), the parties were directed to file a joint status letter by March 24, 2023. To date, the Court has received no status letter from the parties.

The parties are directed to file a joint status letter informing the Court of next steps they plan to take in the case **no later than March 31, 2023.**

      **SO ORDERED.**

Dated: March 27, 2023
      New York, New York

                            *s/ Ona T. Wang*
                            **Ona T. Wang**
                            United States Magistrate Judge