**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
KEVIN YAN LUIS,

            Plaintiff,

           -against-

WOODEY SHOP, LLC,

           Defendants.

------------------------------------------------------------x

22-CV-4049 (JLR) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge:**

On March 27, 2023, the Court directed the parties to file a joint status letter by March 24, 2023. To date, the parties still have not filed a joint status letter informing the Court of next steps in the case. The parties are directed to file a joint status letter no later than **June 30, 2023.**

      **SO ORDERED.**

Dated: June 14, 2023
      New York, New York

                                      *s/ Ona T. Wang*
                                      **Ona T. Wang**
                                      United States Magistrate Judge