**UNITED STATES DISTRICT COURT FOR**
**THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Kevin Yan Luis, on behalf of himself and all others similarly situated,<br><br>        Plaintiff(s),<br><br>v.<br><br>Woodey Shop, LLC<br><br>        Defendant. | Case No.: 122-cv-0404-PGG-OTW |

## NOTICE OF SETTLEMENT

  The undersigned counsel for the Plaintiffs hereby provides notice to the Court that a settlement in principle has been reached between Plaintiffs and Defendant and a settlement agreement is in the process of being finalized. Once the settlement agreement is fully executed and certain conditions have been fulfilled, Plaintiff shall file a Notice of Voluntary Dismissal with prejudice, and without costs. Accordingly, it is respectfully requested that the matter be stayed for thirty (30) days to allow the parties to finalize settlement details.

Dated: June 30, 2023

                  **The Law Office of Noor A. Saab, Esq.**

                  *By: /s/ Noor A. Saab*
                  Noor A. Saab, Esq.
                  *Attorneys for Plaintiff*
                  380 North Broadway, Suite 300
                  Jericho, New York 11753
                  Tel: 718-740-5060
                  Email: NoorASaabLaw@Gmail.com